UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERAMYE MORGAN HOBBS**                                                                 **PETITIONER**
**ADC #164590**

V.

No. 4:21-cv-00288-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                       **RESPONDENT**

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Petition is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot.

2. The Court IMPOSES a $500 monetary sanction against Ashley, with the $500 to be collected from Ashley's Inmate Trust Account at the ADC any time the balance in that Account exceeds $5.00.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 6th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE