UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERAMYE MORGAN HOBBS**                                                      **PETITIONER**
**ADC #164590**

**V.**

No. 4:21-cv-00288-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                            **RESPONDENT**


### JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

DATED this 6th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE